JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08- |
| Plaintiff, | |
| v. | NOTICE OF FORFEITURE ACTION |
| (1) $160,450 IN U.S. CURRENCY;<br>(2) $5,480 IN U.S. CURRENCY;<br>(3) $3,042 IN U.S. CURRENCY.<br>(4) $31,000 IN U.S. CURRENCY; AND<br>(5) $3,000 IN U.S. CURRENCY; | |
| Defendants. | |

    A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on April 4, 2008, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant currency.

    In order to contest forfeiture of the *in rem* defendant currency, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days

after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1] Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: April 4, 2008

PATRICIA J. KENNEY
Assistant United States Attorney

---

[1] Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

Notice of Forfeiture Action
C 08-                                    2