| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748
E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>(1) $160,450 IN U.S. CURRENCY;<br>(2) $5,480 IN U.S. CURRENCY;<br>(3) $3,042 IN U.S. CURRENCY.<br>(4) $31,000 IN U.S. CURRENCY; AND<br>(5) $3,000 IN U.S. CURRENCY;<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.  CV 08-1815 SC<br><br><br><br>CERTIFICATE OF SERVICE |

　　　The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of

　　　1.　Government Complaint for Forfeiture;

　　　2.　Notice of Forfeiture Action;

　　　3.　Warrant of Arrest of Property *In Rem;*

　　　4.　Order Setting Case Management Conference;

　　　5.　Notice of Availability of US Magistrate Judge to Exercise Jurisdiction;

      6.   United States District Court's Local Rules and Guidelines;

      7.   ADR Dispute Resolution Procedures in the Northern District of California; and

      8.   ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

William G. Panzer, Esq  
370 Grand Avenue, Suite 3  
Oakland, CA 94610  
Attorney for Joao Silverstein and Eliete Abreu

Zenia K. Gilg, Esq  
809 Montgomery Street, 2nd Floor  
San Francisco, CA 94133  
Attorney for Mark Correa and Issabelle Choiniere

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

   Executed this 9th day of April, 2008, at San Francisco, California.

                                       /S/  
                                CAROLYN JUSAY  
                                Legal Assistant  
                                Asset Forfeiture Unit