JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>(1) $160,450 IN U.S. CURRENCY;<br>(2) $5,480 IN U.S. CURRENCY;<br>(3) $3,042 IN U.S. CURRENCY;<br>(4) $31,000 IN U.S. CURRENCY; AND<br>(5) $3,000 IN U.S. CURRENCY;<br><br>    Defendants. | No. CV 08-1815 SC<br><br>PROOF OF PUBLICATION |

    The United States hereby submits the attached Proof of Publication by the San Francisco Inter-City Express.

DATED: *June 25, 2008*

                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                          _/s/ Patricia J. Kenney_
                                          PATRICIA J. KENNEY
                                          Assistant United States Attorney

**THE INTER-CITY EXPRESS**
~ SINCE 1909 ~

1109 OAK STREET STE 103, OAKLAND, CA 94607-4866
Telephone (510) 272-4747 / Fax (510) 465-1657

This space for filing stamp only

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

OK #: 1331145

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California    )
County of ALAMEDA  ) ss

Notice Type:    USM - US MARSHAL S PUBLICATION

Ad Description: CV 08-1815 SC - USA V. (1) $160,450 IN U.S. CURRENCY;....

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer and publisher of the INTER-CITY EXPRESS, a newspaper published in the English language in the City of Oakland, County of Alameda, State of California.

I declare that the INTER-CITY EXPRESS is a newspaper of general circulation as defined by the laws of the State of California as determined by this Court's order, dated October 21, 1910, in the action entitled In the Matter of the Application of the INTER-CITY EXPRESS Publishing Company Establishing "THE INTER-CITY EXPRESS" To be a Newspaper of General Circulation, Case Number 33837, and as Amended November, 19, 1974. Said order, as amended, Orders that: "The INTER-CITY EXPRESS' is a newspaper of general circulation, as defined in Section 6000 et seq. of the Government Code, for the City of Oakland, the County of Alameda, and The State of California." Said order as amended has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

04/30/2008

Executed on: 04/30/2008
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

**NOTICE OF FORFEITURE ACTION**
CV 08-1815 SC
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA, Plaintiff,
v.
(1) $160,405 IN U.S. CURRENCY;
(2) $5,480 IN U.S. CURRENCY;
(3) $3,042 IN U.S. CURRENCY;
(4) $31,000 IN U.S. CURRENCY; AND
(5) $3,000 IN U.S. CURRENCY;
Defendants.
A civil complaint seeking forfeiture pursuant to 21 U.S.C. §881(a)(6) was filed on April 4, 2008, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant currency.
In order to contest forfeiture of the in rem defendant currency, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1] Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.
[1] Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.
Dated: April 4, 2008
Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney
PATRICIA J. KENNEY
Assistant United States Attorney
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415-436-6857
Facsimile: 415-436-6748
Email: patricia.kenney@usdoj.gov
Attorneys for United States of America
4/30/08

OK-1331145#

RECEIVED
UNITED STATES MARSHAL
08 MAY -5 AM 9:28
NORTHERN DISTRICT
OF CALIFORNIA

*A00000607554*