JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 08-1815 SC |
|           Plaintiff, | ) | |
|     v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| (1) $160,450 IN U.S. CURRENCY; | ) | |
| (2) $5,480 IN U.S. CURRENCY; | ) | |
| (3) $3,042 IN U.S. CURRENCY. | ) | |
| (4) $31,000 IN U.S. CURRENCY; AND | ) | |
| (5) $3,000 IN U.S. CURRENCY; | ) | |
| | ) | |
|           Defendants. | ) | |

     The undersigned hereby certifies that she is an employee in the Office of the United

States Attorney for the Northern District of California and is a person of such age and discretion

to be competent to serve papers. The undersigned further certifies that she caused a copy of

PROOF OF PUBLICATION to be served this date via U.S. mail delivery upon the person(s)

below at the place(s) and address(es) which is/are the last known address(es):

///

William G. Panzer, Esq                Zenia K. Gilg, Esq
370 Grand Avenue, Suite 3             809 Montgomery Street, 2nd Floor
Oakland, CA 94610                     San Francisco, CA 94133
Attorney for Joao Silverstein and Eliete Abreu    Attorney for Mark Correa and
                                      Issabelle Choiniere

    I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge.

    Executed this 26th day of June, 2008, at San Francisco, California.


_____
       /S/
ALICIA CHIN
Paralegal/ Asset Forfeiture Unit