1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748

8  Attorneys for the United States of America

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,          )   No. C 08-1815 SC
                                        )
13 |              Plaintiff,             )   UNITED STATES'S CASE
           v.                           )   MANAGEMENT STATEMENT
14 |                                    )   AND
   | (1) $160,450 IN U.S. CURRENCY;     )   REQUEST TO TAKE THE CASE
15 | (2) $5,480 IN U.S. CURRENCY;       )   MANAGEMENT CONFERENCE
   | (3) $3,042 IN U.S. CURRENCY.       )   OFF CALENDAR
16 | (4) $31,000 IN U.S. CURRENCY; AND  )
   | (5) $3,000 IN U.S. CURRENCY;       )   Date:  July 11, 2008
17 |                                    )   Time:  10:00 a.m.
   |              Defendants.            )   Place: Courtroom #1, 17th Floor
18 |_____)

19     The United States respectfully submits that, because no claimant has appeared and issue

20 has not been joined, that it is unnecessary to hold a case management conference. The United

21 States properly gave notice of this action by service and by publication. The time for a claimant

22 to appear and defend has passed. *See* Certificate of Service, filed March 9, 2008; Notice of

23 Publication, filed June 25, 2008. Accordingly, the United States asks the Court to take the case

24 management conference scheduled for July 11, 2008 off calendar, and for permission to file a

25 motion for a default judgment within the next 30 days.

26                                          Respectfully submitted,

27                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
28 Dated: June 26, 2008
                                            /s/ Patricia J. Kenney
                                            PATRICIA J. KENNEY
                                            Assistant United States Attorney

[SEAL: IT IS SO ORDERED / Judge Samuel Conti / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of UNITED STATES'S CASE MANAGEMENT STATEMENT AND REQUEST TO TAKE THE CASE MANAGEMENT CONFERENCE OFF CALENDAR to be served this date via U.S. mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

William G. Panzer, Esq
370 Grand Avenue, Suite 3
Oakland, CA 94610
Attorney for Joao Silverstein and Eliete Abreu

Zenia K. Gilg, Esq
809 Montgomery Street, 2nd Floor
San Francisco, CA 94133
Attorney for Mark Correa and Issabelle Choiniere

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of June, 2008, at San Francisco, California.

_____
ALICIA CHIN
Paralegal, Asset Forfeiture Unit