JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>  )<br>(1) $160,450 IN U.S. CURRENCY;  )<br>(2) $5,480 IN U.S. CURRENCY;  )<br>(3) $3,042 IN U.S. CURRENCY.  )<br>(4) $31,000 IN U.S. CURRENCY; AND  )<br>(5) $3,000 IN U.S. CURRENCY;  )<br>  )<br>  )<br>        Defendants.  )<br>_____ ) | No. CV 08-1815 SC<br><br>CERTIFICATE OF SERVICE |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of ORDER GRANTING UNITED STATES' REQUEST TO TAKE THE CASE MANAGEMENT CONFERENCE OFF CALENDAR to be served this date via U.S. mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

| | |
|---|---|
| William G. Panzer, Esq<br>370 Grand Avenue, Suite 3<br>Oakland, CA 94610<br>Attorney for Joao Silverstein and Eliete Abreu | Zenia K. Gilg, Esq<br>809 Montgomery Street, 2nd Floor<br>San Francisco, CA 94133<br>Attorney for Mark Correa and Issabelle Choiniere |

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct to the best of my knowledge.
3  Executed this 9th day of July, 2008, at San Francisco, California.

                                                      /S/
                              ALICIA CHIN
                              Paralegal/ Asset Forfeiture Unit